# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

NO.  2026 CW 0367

VERSUS

LOUISIANA STATE UNIVERSITY; BOARD OF
SUPERVISORS OF LOUISIANA STATE
UNIVERSITY; GARRETT "HANK" DANOS, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY; ROBERT
"BOBBY" YARBOROUGH, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; STANELY JACOBS,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
JAMES WILLIAMS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; MARY LEACH WERNER, IN
HER INDIVIDUAL AND OFFICIAL CAPACITY;
ROBERT DAMPP, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; REMY VOISIN STARNS,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
FIELDON KING "KING" ALEXANDER, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
WILLIAM JENKINS, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; TAYLOR PORTER BROOKS
& PHILLIPS LLP, WILLIAM SHELBY MCKENZIE,
INDIVIDUALLY; VICKI CROCHET,
INDIVIDUALLY; ROBERT "BOB" BARTON,
INDIVIDUALLY; LESLIE EDWIN "LES" MILES,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
JOSEPH "JOE" ALLEVA, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; SCOTT WOODWARD,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
VERGE AUSBERRY, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; MIRIAM SEGAR, IN HER      **MARCH 20, 2026**
INDIVIDUAL AND OFFICIAL CAPACITY; JOHN
DOE (1-10) INDIVIDUALLY AND JANE DOE
(10-20) INDIVIDUALLY

---

In Re:    Larry English, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          708092.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

   **WRIT DENIED.**

HG
TPS

   **McClendon, C.J.**, dissents and would grant the writ, vacate
the district court's February 19, 2026 ruling which denied the
Third Motion to Recuse filed by Sharon Lewis and Larry English,
and remand to the district court with instructions to make a
written request to the Louisiana Supreme Court pursuant to La.
Code Civ. P. art. 154(B) for the appointment of an ad hoc judge to
hear the motion to recuse.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT